US00D575639S

(12) **United States Design Patent**       (10) Patent No.:      **US D575,639 S**
    Seeuwen et al.                          (45) Date of Patent:   ** **Aug. 26, 2008**

(54) **BOTTLE STOPPER**

(76) Inventors: **Steven Seeuwen**, 111 Oak Ridge Dr.,
    Hawley, PA (US) 18428; **Ruth Niles**, 49
    Leeds Rd., Newville, PA (US) 17241;
    **Eric Seeuwen**, 308 Kemwood Dr.,
    Honesdale, PA (US) 18431

(**) Term: **14 Years**

(21) Appl. No.: **29/285,894**

(22) Filed: **Apr. 12, 2007**

(51) **LOC (8) Cl.** .................................................. **09-07**
(52) **U.S. Cl.** .................................................... **D9/439**
(58) **Field of Classification Search** ................. D9/546,
    D9/545, 544, 543, 452, 440, 439; D7/387;
    220/521; 215/354–364
    See application file for complete search history.

(56)          **References Cited**

         U.S. PATENT DOCUMENTS

    730,729    A  *  6/1903  Wust ......................... 215/356
    1,098,051  A  *  5/1914  Pick ......................... 215/364
    1,340,237  A  *  5/1920  Moore ....................... 215/364
    D56,108    S  *  8/1920  Rustant ...................... D9/439

    2,111,069  A  *  3/1938  Kimber ...................... 215/358
    D422,214   S  *  4/2000  Hollinger ................... D9/439
    D451,337   S  * 12/2001  Sum .......................... D7/387
    D459,227   S  *  6/2002  Liebmann, Jr. .............. D9/439

* cited by examiner

*Primary Examiner*—Gary D. Watson
*Assistant Examiner*—Susan Bennett Hattan
(74) *Attorney, Agent, or Firm*—Sandra M. Kotin

(57)              **CLAIM**

The ornamental design for a bottle stopper, as shown.

              **DESCRIPTION**

FIG. **1** is an elevational view of the front of a bottle stopper
according to the present design;

FIG. **2** is a bottom view thereof;

FIG. **3** is a top view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a right side view thereof;

FIG. **6** is a left side view thereof; and,

FIG. **7** is a front, top perspective view thereof.

              **1 Claim, 2 Drawing Sheets**





FIG. 1

FIG. 2

FIG. 3

FIG. 4



FIG. 5

FIG. 6

FIG. 7