US00D758853S

(12) **United States Design Patent**  (10) Patent No.: **US D758,853 S**
Seeuwen et al.  (45) Date of Patent: ⁎⁎ **Jun. 14, 2016**

(54) **BOTTLE STOPPER**

(71) Applicants: **Steven Seeuwen**, Hawley, PA (US); **Ruth Niles**, Newville, PA (US); **Eric Seeuwen**, Honesdale, PA (US)

(72) Inventors: **Steven Seeuwen**, Hawley, PA (US); **Ruth Niles**, Newville, PA (US); **Eric Seeuwen**, Honesdale, PA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/474,643**

(22) Filed: **Dec. 10, 2014**

(51) LOC (10) Cl. .................................................. 09-07
(52) U.S. Cl.
     USPC .......................................................... **D9/439**
(58) **Field of Classification Search**
     USPC .......... D9/435, 436, 438, 439, 440, 445, 446, D9/447, 449; D24/129, 130
     CPC ......... B65D 39/00; B65D 39/08; B65D 39/14
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D32,085 | S | * | 1/1900 | Estes | D9/439 |
|---|---|---|---|---|---|
| D255,660 | S | * | 7/1980 | Plummer | D9/439 |
| D419,445 | S | * | 1/2000 | Gort-Barten | D9/439 |
| D420,589 | S | * | 2/2000 | Baxter | D9/439 |
| D422,214 | S | * | 4/2000 | Hollinger | D9/439 |
| D451,337 | S | * | 12/2001 | Sum | D7/387 |
| D575,639 | S | * | 8/2008 | Seeuwen | D9/439 |
| D639,657 | S | * | 6/2011 | Hoyt | D9/439 |
| D660,695 | S | * | 5/2012 | Ishizawa | D9/436 |
| D670,165 | S | * | 11/2012 | Ishizawa | D9/436 |
| D680,430 | S | * | 4/2013 | Nickel | D9/436 |
| 8,783,486 | B1 | * | 7/2014 | Hoyt | B65D 79/005 215/355 |
| D735,853 | S | * | 8/2015 | Pa | D24/129 |
| 2011/0107823 | A1 | * | 5/2011 | Dehmer | F16L 19/061 73/64.56 |

* cited by examiner

*Primary Examiner* — Robert M Spear
(74) *Attorney, Agent, or Firm* — Sandra M. Kotin

(57) **CLAIM**

The ornamental design for a bottle stopper, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a bottle stopper according to the present design;
FIG. **2** is a left side elevational view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a right side elevational view thereof;
FIG. **5** is a rear elevational view thereof;
FIG. **6** is a top plan view thereof;
FIG. **7** is a bottom plan view thereof; and,
FIG. **8** is an exploded front perspective view of the bottle stopper of FIG. **1**, shown with the O-rings removed and relocated below the stopper for clarity of disclosure.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8