EXHIBIT A

ASSIGNMENT OF INVENTION

WHEREAS, I, Ruth Niles, residing at 49 Leeds Road, Newville PA 17241, have, along with Steven Seeuwen and Eric Seeuwen, made certain new and useful design inventions, which are the subject of U.S. Design Patent Nos. D575,639 and D758,853, hereinafter collectively referred to as "Subject Patents";

WHEREAS, Ruth Niles is the owner of an undivided one-third (1/3) interest in the Subject Patents;

WHEREAS, Ruth Niles, in connection with the settlement of civil action Case No. 3:16-cv-320, SS Niles Bottle Stoppers, LLC v. Steer Machine Tool & Die Corp, in the United States District Court for the Middle District of Pennsylvania (the "Lawsuit"), has agreed to assign her undivided one-third interest in the Subject Patents equally to Steven Seeuwen and Eric Seeuwen in return for a license under the Subject Patents to be set forth in a Settlement Agreement executed on even date herewith.

NOW, THEREFORE, in consideration of the foregoing recitals and the mutual promises herein made and exchanged, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged Ruth Niles agrees as follows:

Ruth Niles, by these presents does agree to assign and transfer and does hereby assign and transfer to Steven Seeuwen and Eric Seeuwen, equally, her undivided one-third interest in the Subject Patents, and any reissues, reexaminations, renewals or extensions thereof, including the right to recover for acts of past infringement by others.

Ruth Niles, warrants and represents that she has the right to make the assignment and transfer set forth in this Agreement and that she has not previously granted any rights whatsoever to the Subject Patents, or to either of them, to any other party or entity.

TO BE HELD AND ENJOYED by Steven Seeuwen and Eric Seeuwen, their, legal representatives and assigns to the full ends of the terms for which the Subject Patents, or any of them, have been or will have been granted and I hereby agree for myself, my heirs, executors and administrators, to execute without further consideration, any further legal documents and any further assignments and any releases, reissues, reexaminations, renewals, extensions or other applications for Letters Patent that may be deemed necessary either by Steven Seeuwen or Eric Seeuwen, fully to secure to Steven Seeuwen and Eric Seeuwen their interest as aforesaid in and to the Subject Patents or any part thereof.

IN WITNESS WHEREOF, having read the aforesaid Assignment and intending to be legally bound thereby, I, Ruth Niles, hereunto affix my hand and seal on this ⁓ day of October 2016.

*Ruth Niles*

Name: Ruth Niles

Address: 49 Leeds Road

Newville PA 17241

Commonwealth of Pennsylvania     :        SS

County of Cumberland     :

Before me personally appeared said Ruth Niles and acknowledged the foregoing instrument to be her free act and deed this 4th day of ~~September~~ October 2016.

*Vicki S Knepp*

NOTARY PUBLIC

My commission expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Vicki S. Knepp, Notary Public
Penn Twp., Cumberland County
My Commission Expires April 13, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

IN WITNESS WHEREOF, having read the aforesaid Assignment and intending to be legally bound thereby, I, Eric Seeuwen. hereunto affix my hand and seal on this         day of            ,2016.

Name: Eric Seeuwen

Address: 308 Kemwood Drive

Honesdale PA 18431

Commonwealth of Pennsylvania      :        SS

County of ___Wayne___      :

Before me personally appeared said Eric Seeuwen and acknowledged the foregoing instrument to be his free act and deed this 4 day of October 2016.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Diane                    Public
Texas                  County
My Comm:            Nov. 23. 2019

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Diane J Abbott Notary Public
Texas Township, Wayne County
My Commission Expires Nov. 23, 2019

NOTARY PUBLIC
My commission expires:  11/23/2019

IN WITNESS WHEREOF, having read the aforesaid Assignment and intending to be legally bound thereby, I, Steven Seeuwen. hereunto affix my hand and seal on this         day of            ,2016.

Name: Steven Seeuwen

Address: 111 Oak Ridge Drive

Hawley PA 18428

Commonwealth of Pennsylvania    :         SS

County of ___Wayne___    :

Before me personally appeared said Steven Seeuwen and acknowledged the foregoing instrument to be his free act and deed this 4 day of   October 2016.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Diane J Abbott, Notary Public
Texas Township, Wayne County
My Commission Expires Nov. 23. 2019

NOTARY PUBLIC
My commission expires:  11/23/2019