## ASSIGNMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound by the laws of the Commonwealth of Pennsylvania, we the undersigned hereby sell, assign and transfer to:

Name:  Steer Machine Tool & Die Corporation
Address:  3113 Lake Ariel Highway, Honesdale, Pennsylvania, 18431

its successors, assigns and legal representatives, all hereinafter referred to as the Assignee, our whole and entire right, title and interest, in and throughout the United States, in and to the following Design Patents and any and all invention(s) which are disclosed in the said Design Patents, including the right to assert and collect on all claims related to said Design Patents by reason of past infringements.

1. U.S. Patent Serial No.:  D758,853
Title:  Bottle Stopper
Filed:  December 10, 2014
Attorney Docket No:  S2244/40003

2. U.S. Patent Serial No.:  D575,639
Title:  Bottle Stopper
Filed:  April 12, 2007
Attorney Docket No:  S2244/40003

IN WITNESS WHEREOF, having read the aforesaid Assignment and intending to be legally bound thereby, I have hereunto affixed my hand and seal on this

__14__ day of __July__, __2020__
(day)            (month)                       (year)

_____
Name: Eric Seeuwen

Address: 308 Kemwood Drive, Honesdale, PA 18431


STATE/COMMONWEALTH OF __PA__ :
                                                        : SS
COUNTY OF __Wayne__ :

Before me, a notary public, in and for the State/Commonwealth and County aforesaid, on this

__14th__ day of __July__, __2020__
(day)            (month)                       (year)

personally appeared __Eric Seeuwen__

who being to me personally known, and who having first executed the foregoing instrument in my presence and having been by me first duly sworn, did acknowledge the foregoing instrument as his/her free deed and act, signed, sealed and delivered by him/her for the purpose therein stated and intending to be legally bound thereby and intending that said instrument be recorded.

_Ellen M. Pritchard_ (SEAL)
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Ellen M. Pritchard, Notary Public
Wayne County
My commission expires June 10, 2023
Commission number 1132361
Member, Pennsylvania Association of Notaries

My Commission Expires: __6-10-23__

IN WITNESS WHEREOF, having read the aforesaid Assignment and intending to be legally bound thereby, I have hereunto affixed my hand and seal on this _14_ day of _July_, _2020_
(day)      (month)           (year)

_____
Name: Steven Seeuwen

Address: 111 Oak Ridge Drive, Hawley, PA 18426

STATE/COMMONWEALTH OF  _PA_                    :
                                               : SS
COUNTY OF  _Wayne_                             :

Before me, a notary public, in and for the State/Commonwealth and County aforesaid, on this _14th_ day of _July_, _2020_
(day)      (month)           (year)

personally appeared  _Steven Seeuwen_

who being to me personally known, and who having first executed the foregoing instrument in my presence and having been by me first duly sworn, did acknowledge the foregoing instrument as his/her free deed and act, signed, sealed and delivered by him/her for the purpose therein stated and intending to be legally bound thereby and intending that said instrument be recorded.

_Ellen M. Pritchard_ (SEAL)
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Ellen M. Pritchard, Notary Public
Wayne County
My commission expires June 10, 2023
Commission number 1132361
Member, Pennsylvania Association of Notaries

My Commission Expires:  _6-10-23_